UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM BARKLEY, and<br>WHA SUN BARKLEY,<br><br>      Plaintiff,<br><br> v.<br><br>USAA CASUALTY INSURANCE<br>COMPANY d/b/a USAA, and<br>UNITED SERVICES AUTOMOBILE<br>ASSOCIATION,<br><br>      Defendants. | NO: 2:18-CV-0074-TOR<br><br>ORDER OF VOLUNTARY<br>DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Voluntary Dismissal (ECF No. 4). Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 19, 2018.



THOMAS O. RICE
Chief United States District Judge